UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLIE LYNN, guardian and
conservator of Frederick E.
Haynes, Sr.

       Plaintiff,

                                            Civil No. 08-12714
                                            Hon. John Feikens
      v.                                     Magistrate Michael Hluchaniuk

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      I have before me, Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("Report"). In his Report, Magistrate Judge Hluchaniuk recommends that I dismiss Plaintiff's Complaint without prejudice for failure to prosecute. Neither party has filed objections to Magistrate Judge Hluchaniuk's Report during the time set aside for doing so.

      If a party objects to specific portions of a report and recommendation within the allotted time, the Court should "make a de novo determination of those portions." 28 U.S.C. §636 (b)(1). If neither party objects to the report and recommendation in the time set aside for doing so, a district court need not review it by any standard. 28 U.S.C. § 636(b)(1), see also Lardie v. Birkett, 221 F.Supp.2d 806, 807 (E.D. Mich. 2002). A district court "may accept, reject or modify, in whole or in part, the finding or recommendation made by the magistrate." 28 U.S.C. § 636(b)(1).

      I find that Magistrate Judge Hluchaniuk has throughly and correctly analyzed the issues

and I agree with his recommendation. For these reasons, I ADOPT Magistrate Judge Hluchaniuk's Report and DISMISS the Plaintiff's Complaint without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Date: April 16, 2009  　　　　　　　s/ John Feikens  
　　　　　　　　　　　　　　　　　John Feikens  
　　　　　　　　　　　　　　　　　United States District Judge

| Proof of Service |
|---|
| I hereby certify that the foregoing order was served on the attorneys/parties of record on April 16, 2009, by U.S. first class mail or electronic means.<br><br>　　　　　　　　　s/Carol Cohron<br>　　　　　　　　　Case Manager |